IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JASPER DEWAYNE WEST, | : |
| Plaintiff | : |
| VS. | : NO. 5:14-cv-0327-MTT-CHW |
| Doctor BURNSIDE | : |
| Defendant | : |

### ORDER ON MOTION FOR RECONSIDERATION

Plaintiff Jasper West, a state inmate currently confined at Georgia State Prison, in Reidsville, Georgia, filed a *pro se* civil rights complaint seeking relief under 42 U.S.C. § 1983. After conducting a preliminary review of the pleading, pursuant to 28 U.S.C. § 1915A(a), this Court found that Plaintiff failed to state a claim upon which relief may be granted and accordingly dismissed the Complaint. Because a more carefully drafted complaint might state a claim, however, the Complaint was dismissed without prejudice. Judgment was entered on September 19, 2014.

On September 26, 2014, the Clerk of Court received a letter from Plaintiff stating that his Complaint "shouldn't been dismissed." *See* Letter (Doc. 8). To the extent Plaintiff's post-judgment letter should be construed as a timely motion for reconsideration, the motion is **DENIED**. Plaintiff's letter simply states that the Court erred in dismissing his claims and must "correct that mistake." His conclusory assertions provide no valid basis for reconsideration; and Plaintiff does not seek leave to amend.

**SO ORDERED**, this 28th day of January, 2015.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

jlr